In the Matter of WALTER ADELMAN, Appellant, v MICHAEL A. GARY, Respondent.

Submitted July 16, 2012; decided September 6, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

ISAAC AINETCHI et al., Appellants, v 500 WEST END LLC, Respondent.

Submitted July 23, 2012; decided September 6, 2012

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 19 NY3d 805 (2012)].

Chief Judge LIPPMAN taking no part.

AMERICAN BUILDING SUPPLY CORP., Appellant, v PETROCELLI GROUP, INC., Respondent, et al., Defendant.

Submitted September 4, 2012; decided September 6, 2012

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.